UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**24-20214-CR-GAYLES/GOODMAN**
CASE NO. _____

18 U.S.C. § 1343
18 U.S.C. § 2
18 U.S.C. § 982(a)(2)(A)

FILED BY _____MP_____ D.C.

May 23, 2024

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

**UNITED STATES OF AMERICA**

v.

**MARC PRINCE,**

   **Defendant.**
_____/

# INFORMATION

The United States Attorney charges that:

## GENERAL ALLEGATIONS

At various times relevant to this Information:

### The Small Business Administration

1. The United States Small Business Administration ("SBA") was an executive branch agency of the United States government that provided support to entrepreneurs and small businesses.

2. The SBA enabled and provided for loans through banks, credit unions, and other lenders. Those loans had government-backed guarantees.

### The "CARES" Act

3. The Coronavirus Aid, Relief, and Economic Security ("CARES") Act was a federal law enacted in or around March 2020 and designed to provide emergency financial assistance to the millions of Americans who were suffering the economic effects caused by the

COVID-19 pandemic. In addition to traditional SBA funding programs, the CARES Act established several new temporary programs and provided for the expansion of others to address the COVID-19 outbreak, which was declared a nationwide disaster by the President of the United States on March 13, 2020.

**The Paycheck Protection Program**

4. One source of relief provided by the CARES Act was the authorization of forgivable loans to small businesses for job retention and certain other expenses, through a program referred to as the Paycheck Protection Program ("PPP").

5. In order to obtain a PPP loan, a qualifying business submitted a PPP loan application, which was signed by an authorized representative of the business. The PPP loan application required the business (through its authorized representative) to acknowledge the program rules and make certain affirmative certifications in order to be eligible to obtain the loan. In the PPP loan application, the small business (through its authorized representative) was required to provide, among other things, its average monthly payroll expenses and number of employees. These figures were used to calculate the amount of money the small business was eligible to receive under the PPP. In addition, businesses applying for a PPP loan were required to provide documentation confirming their payroll expenses.

6. A PPP loan application was processed by a participating lender. If a PPP loan application was approved, the participating lender funded the PPP loan using its own monies. While it was the participating lender that issued the PPP loan, the loan was 100% guaranteed by the SBA. Data from the application, including information about the borrower, the total amount

of the loan, and the listed number of employees, was transmitted by the lender to the SBA in the course of processing the loan.

7. PPP loan proceeds were required to be used by the business on certain permissible expenses—payroll costs, interest on mortgages, rent, and utilities. The PPP allowed the interest and principal on the PPP loan to be entirely forgiven if the business spent the loan proceeds on these expense items within a designated period of time and used a defined portion of the PPP loan proceeds on payroll expenses.

### The Defendant and Related Entities

8. The defendant, **MARC PRINCE**, was a resident of Miami-Dade and Broward County, Florida.

9. La Mezione de Khali, Inc. ("Borrower 1") was a Florida limited liability company with its principal place of business in Broward County, Florida.

### Relevant Financial Institutions and Lenders

10. Loan Processor A, based outside the State of Florida, was a financial technology company that processed PPP loan applications for small businesses in 2021.

11. Borrower 1 maintained a bank account at Space Coast Credit Union in Broward County, Florida.

### Wire Fraud
### (18 U.S.C. § 1343)

1. The General Allegations set forth in paragraphs 1 through 11 of this Information are realleged and incorporated by reference into this Count as though fully set forth herein.

2. From in or around August 2020, through in or around June 2021, in Miami-Dade and Broward County, in the Southern District of Florida, and elsewhere, the defendant,

3

MARC PRINCE,

did knowingly, and with intent to defraud, devise and intend to devise a scheme and artifice to defraud and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, knowing that the pretenses, representations, and promises were false and fraudulent when made, and for the purpose of executing such scheme and artifice to defraud, did knowingly transmit and cause to be transmitted by means of wire communications in interstate and foreign commerce, certain writings, signs, signals, pictures, and sounds.

**PURPOSE OF THE SCHEME AND ARTIFICE**

3. It was the purpose of the scheme and artifice for the defendant to unjustly enrich himself by submitting false and fraudulent PPP loan applications on behalf of companies (including companies registered to others and to himself), while falsely certifying the companies' employee payroll amounts and number of employees, to obtain loans to which the companies were not entitled, and to receive a fee of approximately twenty percent of the proceeds of the PPP loans paid to the companies registered to others.

**MANNER AND MEANS OF THE SCHEME AND ARTIFICE**

The manner and means by which the defendant, **MARC PRINCE**, sought to accomplish the scheme and artifice to defraud included, among others, the following:

4. **MARC PRINCE** reached out to various small business owners, directly or indirectly, and offered to obtain PPP loans for them.

5. **MARC PRINCE** caused the preparation of false and fraudulent PPP loan applications that were submitted to various loan processors, including Loan Processor A, seeking approximately three million dollars in loans. **PRINCE** prepared false and fraudulent PPP loan

4

applications for companies registered in others' names and companies registered in his own name. In the loan applications, **PRINCE** substantially and falsely inflated the number of employees and average payroll amounts of the small businesses. In addition, **PRINCE** caused the submission of false and fraudulent Internal Revenue Service ("IRS") forms that falsely and fraudulently indicated that these small businesses had paid employee wages and taxes that the small businesses had not actually paid.

6. Once the loan proceeds had been paid, **MARC PRINCE** charged a fee from the small business owners on the PPP loans prepared for companies registered in others' names in amounts of around twenty percent of the loan. **PRINCE** received payment from the borrowers, typically by check.

## USE OF THE WIRES

On or about May 1, 2021, the defendant, for the purpose of executing the scheme and artifice to defraud and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, knowing that the pretenses, representations, and promises were false and fraudulent when made, did knowingly cause to be transmitted by means of wire communications in interstate and foreign commerce, certain writings, signs, signals, pictures and sounds, that is, a submission of a PPP loan application containing false and fraudulent representations from the Southern District of Florida seeking approximately $337,805 for Borrower 1 via wire to Loan Processor A, outside the State of Florida, in violation of Title 18, United States Code, Sections 1343 and 2.

## FORFEITURE ALLEGATIONS
### (18 U.S.C. § 982(a)(2)(A))

1. The allegations of this Information are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **MARC PRINCE**, has an interest.

2. Upon conviction of a violation of Title 18, United States Code, Section 1343, as alleged in the sole count of this Information, the defendant, **MARC PRINCE**, shall forfeit to the United States any property constituting, or derived from proceeds the defendant obtained directly or indirectly, as the result of such violation pursuant to Title 18, United States Code, Section 982(a)(2)(A).

All pursuant to Title 18, United States Code, Section 982(a)(2)(A), and the procedures set forth at Title 21, United States Code, Section 853 as incorporated by Title 18, United States Code, Section 982(b)(1).

_____
MARKENZY LAPOINTE
UNITED STATES ATTORNEY

_____
MICHAEL N. BERGER
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO.: 24-20214-CR-GAYLES/GOODMAN

v.

MARC PRINCE,
_____/

**CERTIFICATE OF TRIAL ATTORNEY**

**Superseding Case Information:**
New Defendant(s) (Yes or No) ____
Number of New Defendants ____
Total number of new counts ____

**Court Division** (select one)
- ☒ Miami
- ☐ Key West
- ☐ FTP
- ☐ FTL
- ☐ WPB

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.
2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. §3161.
3. Interpreter: (Yes or No) No
   List language and/or dialect: _____
4. This case will take __0__ days for the parties to try.
5. Please check appropriate category and type of offense listed below:

   (Check only one)
   - I   ☒ 0 to 5 days
   - II  ☐ 6 to 10 days
   - III ☐ 11 to 20 days
   - IV  ☐ 21 to 60 days
   - V   ☐ 61 days and over

   (Check only one)
   - ☐ Petty
   - ☐ Minor
   - ☐ Misdemeanor
   - ☒ Felony

6. Has this case been previously filed in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____
7. Has a complaint been filed in this matter? (Yes or No) No
   If yes, Magistrate Case No. _____
8. Does this case relate to a previously filed matter in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____
9. Defendant(s) in federal custody as of _____
10. Defendant(s) in state custody as of _____
11. Rule 20 from the _____ District of _____
12. Is this a potential death penalty case? (Yes or No) No
13. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) No
14. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss? (Yes or No) No
15. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No
16. Did this matter involve the participation of or consultation with now Magistrate Judge Marta Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? No

By: /s/ Michael N. Berger
Michael N. Berger
Assistant United States Attorney
Court ID No.    A5501557

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** MARC PRINCE

**Case No:** _____

Count #: 1

Wire Fraud

Title 18, United States Code, Section 1343
* Max. Term of Imprisonment: 20 years
* Mandatory Min. Term of Imprisonment (if applicable): N/A
* Max. Supervised Release: 3 years
* Max. Fine: $250,000

*Refers only to possible term of incarceration, supervised release and fines. It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.

AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) |
|---|---|
| v. | ) Case No. |
| MARC PRINCE, | ) 24-20214-CR-GAYLES/GOODMAN |
| *Defendant* | ) |

## WAIVER OF AN INDICTMENT

    I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

    After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.


Date: _____

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

_____
*Printed name of defendant's attorney*

_____
*Judge's signature*

_____
*Judge's printed name and title*